# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**Ali Mgaresh,**
Plaintiff,

v.

**The City of New York; New York City Police Department; Officer PalmMary (Shield #17455), in his individual and official capacity; Officer Arjan Dado (Shield/Tax #175123), in his individual and official capacity; and John Doe Officers 1–3, in their individual and official capacities,**
Defendants.

25-cv-05591-EK-JAM

Case No.: _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

2. Venue is proper in this District under 28 U.S.C. § 1391(b), because the events giving rise to this claim occurred in Brooklyn, New York, which lies within the Eastern District of New York.

**Parties**

3. Plaintiff, Ali Mgaresh, resides at 1277 E 14th St, Apt 503A, Brooklyn, NY 11230.

4. Defendant, The City of New York, is a municipal corporation responsible for the policies, practices, and customs of the New York City Police Department.

5. Defendant, New York City Police Department (NYPD), is the law enforcement agency of the City of New York and acted under color of law at all times relevant.

6. Defendant, Officer PalmMary (Shield #17455), was at all times relevant an officer of the NYPD acting under color of state law. He is sued in his individual and official capacities.

7. Defendant, Officer Arjan Dado (Shield/Tax #175123), was at all times relevant an officer of the NYPD 70th Precinct acting under color of state law. He issued a baseless summons to Plaintiff. He is sued in his individual and official capacities.

8. Defendants John Doe Officers 1–3 were NYPD officers present at the incident on August 23, 2025, at approximately 8:44 PM. Their names and shield numbers are currently unknown. They are sued in their individual and official capacities.

**Statement of Facts**

9. On August 23, 2025, at approximately 8:44 PM, Plaintiff was lawfully parked in his vehicle at the intersection of East 14th Street and Avenue L, Brooklyn, New York.

10. Plaintiff was smoking cannabis, which is legal under New York State law for adults over 21, and Plaintiff was not operating the vehicle.

11. Five NYPD officers were present. Three approached Plaintiff's vehicle, including Defendant Officer PalmMary, while two remained in their patrol car observing.

12. Plaintiff repeatedly asked to speak with a supervisor, making at least four requests. A supervisor briefly approached the passenger side window but then departed without addressing Plaintiff's concerns.

13. One officer kept a flashlight shining into Plaintiff's eyes for the entire duration of the stop, causing

distress and discomfort.

14. Plaintiff cooperated with the officers and allowed them to search his vehicle while he remained seated inside.

15. Despite Plaintiff's cooperation, the officers engaged in harassment, intimidation, and abuse of authority, including issuing a false criminal summons for "idling" under NYC Administrative Code § 24-163(a).

16. The summons, issued by Officer Arjan Dado (Shield/Tax #175123), was later dismissed by the Criminal Court of the City of New York, which found the NYPD failed to file a legally sufficient accusatory instrument. See Exhibit A (summons) and Exhibit B (dismissal notice).

17. Plaintiff possesses video evidence of the encounter, documenting the officers' conduct.

18. As a result of Defendants' actions, Plaintiff suffered emotional distress, humiliation, and unnecessary time and costs defending against a false charge.

## Causes of Action

### Count I – Violation of the Fourth Amendment (Unlawful Stop/Seizure)

19. By stopping, detaining, and harassing Plaintiff without probable cause or reasonable suspicion, Defendants violated Plaintiff's Fourth Amendment rights.

### Count II – Abuse of Process / Malicious Prosecution

20. By issuing a baseless criminal summons for "idling," Defendants misused the legal process against Plaintiff. The dismissal of the summons demonstrates the lack of probable cause.

### Count III – Failure to Intervene (Against John Doe Officers and Supervisor)

21. The officers who observed but failed to prevent the harassment and false summons are liable under §1983 for failure to intervene in the violation of Plaintiff's rights.

### Count IV – Municipal Liability (Monell Claim)

22. The City of New York and NYPD are liable because the misconduct resulted from policies, customs, or practices of inadequate supervision, training, and tolerance of police misconduct.

## Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment in favor of Plaintiff and against Defendants, jointly and severally;

2. Award Plaintiff compensatory damages in the amount of $250,000 for emotional distress, humiliation, and other harm caused by Defendants' conduct;

3. Award punitive damages against the individual defendant officers in an amount to be determined at trial, to punish and deter such misconduct;

4. Award Plaintiff the costs of suit and such other and further relief as this Court deems just and proper.

## Jury Demand

23. Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

**Ali Mgaresh**
1277 E 14th St, Apt 503A
Brooklyn, NY 11230
Email: skylee347@gmail.com
Dated: 10/3/25

# Exhibit List

**Exhibit A:** Criminal Court Appearance Ticket issued on August 23, 2025, at East 14th Street and Avenue L, Brooklyn, New York, by Officer Arjan Dado (Shield/Tax #175123), charging Plaintiff with "idling" under NYC Administrative Code § 24-163(a).

**Exhibit B:** Dismissal Notice from the Criminal Court of the City of New York, County of Kings, dated September 11, 2025, confirming that the NYPD failed to file a legally sufficient accusatory instrument in connection with Summons #4454549286.

Respectfully submitted,

**Ali Mgaresh**
1277 E 14th St, Apt 503A
Brooklyn, NY 11230
Email: skylee347@gmail.com
Dated: 10/31/25

## Exhibit A – Criminal Court Appearance Ticket

CRC-3206 (07/17)

**Criminal Court Appearance Ticket**

Name (Last, First, MI): Mooresh Ali    Date of Birth (mm/dd/yy): 7/17/89

Street Address: 1277 E 14 St    Apt. No.: 503A

City: Brooklyn    State: NY    Zip Code: 11230

Cell Phone Number (where court may contact you): (NA)    Home Phone Number (where court may contact you): (NA)

**Show up to court on:**
Court Appearance Date (mm/dd/yy): 09/11/25    at: 9:30 a.m.

Your court appearance location: ○ Other (specify)

○ Bronx Criminal Court   ◉ Kings & New York Criminal Court   ○ Midtown Community Court   ○ Redhook Community Justice Center   ○ Queens Criminal Court   ○ Richmond Criminal Court

**Court Locations:** You must appear at the court location identified above.

Bronx Criminal Court ........................................ 215 E 161st Street, Bronx, NY 10451
Kings & New York Criminal Court ............... 1 Centre Street, New York, NY 10007
Redhook Community Justice Center .......... 88-94 Visitation Place, Brooklyn, NY 11231
Midtown Community Court ........................... 314 W 54th Street, New York, NY 10019
Queens Criminal Court ........... 120-55 Queens Boulevard, Kew Gardens, NY 11415
Richmond Criminal Court ................. 26 Central Ave, Staten Island, NY 10301

**You are Charged as Follows:**

Title of Offense: Idle Engine for more than 3 minutes

Time 24 Hour (hh:mm): 2050    Date of Offense (mm/dd/yy): 8/23/27    County: Kings

Place of Occurrence: Avenue I & foot 14 St, st    Precinct: 70

In Violation of Section 24-163(a)    Subsection    VTL ☐   Admin Code ☑   Penal Law ☐   Park Rules ☐   Other

**For Additional Information and Questions:**

Visit the website or call the number below for additional information about your court appearance and translation of this document.

www.mysummons.nyc

OR

Call 646-760-3010

**To avoid a warrant for your arrest, you must show up to court.**
At court, you may plead guilty or not guilty.

Please see back for exceptions for Public Consumption of Alcohol and Public Urination offenses

Defendant stated in my presence (in substance):

I was out an

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

Rank/Full Signature of Complainant    Date Affirmed (mm/dd/yy): 8/23/20

Complainant's Full Name Printed: Dda Acton    Agency: NYPD    Command Code: 66

Tax Registry #: 975431

DEFENDANT'S COPY

4454549286

## Exhibit B – Dismissal Notice



# AO 440 Summons in a Civil Action

**United States District Court**
**Eastern District of New York**

**Ali Mgaresh,** Plaintiff,

v.

**The City of New York; New York City Police Department; Officer PalmMary (Shield #17455); John Doe Officers 1–4,** Defendants.

| | |
|---|---|
| To Defendant: | The City of New York, c/o Corporation Counsel, 100 Church Street, New York, NY 10007 |
| Also To: | New York City Police Department, Legal Bureau, One Police Plaza, New York, NY 10038 |
| Also To: | Officer PalmMary (Shield #17455), address to be confirmed by Corporation Counsel/NYF |
| Also To: | John Doe Officers 1–4 (names/shields unknown, to be identified in discovery) |
| Plaintiff Contact: | Ali Mgaresh, 1277 E 14th St, Apt 503A, Brooklyn, NY 11230, Email: skylee347@gmail.cc |

You are hereby summoned and required to serve on the Plaintiff an answer to the attached complaint within 21 days after service of this summons.

Clerk of Court: _____
Date: 10/3/25

# JS-44 Civil Cover Sheet

| | |
|---|---|
| Plaintiff: | Ali Mgaresh, 1277 E 14th St, Apt 503A, Brooklyn, NY 11230, Email: skylee347@gmail.cc |
| Defendants: | City of New York; New York City Police Department; Officer PalmMary (Shield #17455); |
| Jurisdiction: | ■ Federal Question (28 U.S.C. § 1331) |
| Cause of Action: | 42 U.S.C. § 1983 – Civil Rights Violations (Fourth & Fourteenth Amendments) |
| Nature of Suit: | ■ 440 – Civil Rights (Other) |
| Origin: | ■ 1 – Original Proceeding |
| Relief Sought: | $250,000 compensatory damages + punitive damages, jury trial demanded |
| Attorney: | Pro Se (self-represented) |

Signature: _____

Date: 10/3/25

New York City Law Deparment
Office of The corporation ~~Couisel~~ Counsel

100 Church St
New York, NY   10007

Case 1:25-cv-05591-EK-JAM    Document 1    Filed 10/03/25    Page 8 of 8 PageID #: 8