```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
```

ALI MGARESH,

                Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT; et al.,

                Defendants.

**MEMORANDUM & ORDER**
25-cv-5591 (EK)(JAM)

```
-------------------------------------
```

ERIC KOMITEE, United States District Judge:

    Ali Mgaresh filed this Section 1983 action in October. Representing himself, he moves to proceed *in forma pauperis*. ECF No. 2. For the reasons set forth below, his motion to proceed *in forma pauperis* is denied without prejudice.

    A plaintiff seeking to proceed *in forma pauperis* must submit an affidavit stating that he is "unable to pay" filing fees or to "give security therefor." 28 U.S.C. § 1915(a)(1). The affidavit must include "a statement of all assets" the person possesses. *Id.* "When an applicant fails to explain how he supports himself, courts generally regard his application as incomplete and insufficient to establish an entitlement to *in forma pauperis* status." *Jones v. ACS / Queens Field Off.*, No. 23-CV-5742, 2024 WL 2818138, at *1 (E.D.N.Y. June 3, 2024)

(quoting *Dan M. v. Kijakazi*, No. 22-CV-664, 2022 WL 2069112, at *2 (D. Conn. May 19, 2022)).[1]

Here, Mgaresh's affidavit indicates that he has no assets or income, a negative balance in cash and accounts, and housing and college loans as expenses. ECF No. 2, at 1-2. Mgaresh indicates that he pays for housing with "public assistance" but provides no details about the amount of public assistance he receives or how he otherwise supports himself. *Id.* at 2. Finally, Mgaresh's complaint is premised on the fact that he was "lawfully parked in *his vehicle*" on August 23 of this year, Compl. at 1, ECF No. 1 (emphasis added), suggesting Mgaresh may have assets he has not disclosed.[2] When an *IFP* affidavit fails to "fully and candidly explain[ ] how [the plaintiff] supports" himself, *in forma pauperis* status is inappropriate. *Robert B. v. Kijakazi*, No. 22-CV-1046, 2022 WL 4112082, *2 (D. Conn. Aug. 29, 2022).

Should plaintiff wish to proceed with this action, he must either (1) pay the requisite filing fee to the Clerk of Court, or (2) submit a sufficient long-form *in forma pauperis* application. If he fails to take either step within fourteen days, this action will be dismissed. The Court certifies

---

[1] Unless otherwise noted, when quoting judicial decisions this order accepts all alterations and omits all citations, footnotes, and internal quotation marks.

[2] The financial affidavit does not reflect an auto lease.

2

pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff and to note the mailing on the docket.

    SO ORDERED.

                                      /s/ Eric Komitee
                                      ERIC KOMITEE
                                      United States District Judge

Dated:    October 30, 2025
            Brooklyn, New York