UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05591

ALI MGARESH, Plaintiff, pro se

v.

THE CITY OF NEW YORK; NYPD; OFFICER PALMMARY; OFFICER ARJAN DADO;
JOHN DOES 1–3, Defendants.

NOTICE OF CORRECTION

Plaintiff respectfully submits this Notice to correct the docket classification of this action. The docket currently categorizes the matter under "Prisoner: Civil Rights." Plaintiff has never been incarcerated at any time and was not detained or under any form of custody when filing this lawsuit. This action does not arise from custodial, correctional, or detention-related conditions. This lawsuit concerns alleged civil rights violations by law enforcement officers and municipal entities. It is properly classified as a non-prisoner civil rights action under 42 U.S.C. § 1983. Plaintiff respectfully requests that the Clerk update the docket to reflect the correct Nature of Suit so that this matter proceeds under the appropriate classification.

Dated: December 09, 2025

Respectfully submitted,

ALI MGARESH
Email: alimgaresh6@gmail.com